## (May 16, 1956)

■ Eva B. Green, Plaintiff, v. Alfonso Fasolino et al., Individually and as Copartners Doing Business under the Name of Globe Welding Co., Appellants, and Frontier Delivery, Inc., Respondent. Nellie B. Crawford, Plaintiff, v. Alfonso Fasolino et al., Individually and as Copartners Doing Business under the Name of Globe Welding Co., Appellants, and Frontier Delivery, Inc., Respondent.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying a motion by defendants Fasolino for dismissal of the cross claims against them by defendant Frontier Delivery, Inc.) Present — Vaughan, J. P., Kimball, Wheeler, Williams and Bastow, JJ.

■ Joseph F. Ringwood et al., Appellants, v. Michael Durniak et al., Respondents.— Judgment affirmed, with costs. All concur. (Appeal from a judgment of Cayuga Equity Term adjudging plaintiffs' claim of a right of way to be invalid, and dismissing the counterclaim of defendants, in an action to establish an easement.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ Naomi L. Klock, as Administratrix of the Estate of Donald L. Klock, Deceased, Appellant, v. Shapiro Enterprises, Inc., Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (Appeal from a judgment of Oswego Trial Term dismissing plaintiff's complaint in a negligence action.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ Roland O. Peterson, as Administrator of the Estate of Sarah A. Peterson, Deceased, Respondent, v. Lumberman's Mutual Casualty Co., Ltd., et al., Appellants.— Judgment and order reversed on the facts and a new trial granted upon the ground that the verdicts are excessive, with costs to the appellants to abide the event, unless the plaintiff shall, within 10 days, stipulate to reduce the verdict on the first cause of action to the sum of $38,751.50, and the verdict on the second cause of action to the sum of $3,500, as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified is, together with the order, affirmed, without costs of this appeal to any party. All concur. (Appeal by all defendants from a judgment of Seneca Trial Term for plaintiff in an automobile negligence action. The order denied a motion for a new trial.) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ The People of the State of New York, Respondent, v. John P. Dolac, Appellant.— Order reversed and proceeding remitted to the Erie Special Term for a hearing. Memorandum: In our opinion sufficient facts were presented in the petition in this proceeding to warrant a hearing. (*People* v. *Richetti,* 302 N. Y. 290; *People* v. *Langan,* 303 N. Y. 474.) All concur. (Appeal from an order of Erie Special Term denying defendant's motion for a writ of error *coram nobis.*) Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ.

■ In the Matter of the Construction of the Will of Eliza D. Clarke, Deceased. Elsie B. Kloten, Appellant; Elizabeth R. Gowans et al., Respondents.— Decree insofar as appealed from affirmed, with costs to all parties filing briefs payable out of the estate. All concur. (Appeal from part of a decree of Erie Surrogate's Court construing a will.) Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ.